UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROGER ANCALADE | CIVIL ACTION |
| VERSUS | NO. 19-11571 |
| ROBERT TANNER, WARDEN | SECTION: "A"(1) |

### O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal application for habeas corpus relief filed by **Roger Ancalade** is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 2nd day of December, 2020.

_____
UNITED STATES DISTRICT JUDGE